HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL ALLEN HOYT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ALLEN HOYT, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. CR.S. 06-033 WBS <br><br> **STIPULATION AND ORDER FOR TEMPORARY RELEASE** |

The United States of America through JASON HITT, Assistant U.S. Attorney, defendant, MICHAEL ALLEN HOYT, through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender agree that the Court should order Mr. Hoyt's temporary release from July 15, 2013 until July 17, 2013 for a pre-surgery medical appointment at Barton Community Clinic in South Lake Tahoe on July 16, 2013 at 11:30 a.m. with Dr. Robert Rupp.

DATED: July 9, 2013　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ *MATTHEW C. BOCKMON*
　　　　　　　　　　　　　　　　　　　　MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MICHAEL ALLEN HOYT

DATED: July 9, 2013

                              BENJAMIN WAGNER
                              United States Attorney

                              /s/ *MATTHEW C. BOCKMON*  for
                              JASON HITT
                              Assistant U.S. Attorney

## **ORDER**

IT IS SO ordered temporarily releasing the defendant on July 15, 2013, upon condition that he surrender himself to the U.S. Marshal on July 17, 2013, no later than 1:00 p.m.

All previously imposed conditions of supervised release remain in effect.

Dated: July 10, 2013

                                                            _____
                                                            KENDALL J. NEWMAN
                                                            UNITED STATES MAGISTRATE JUDGE